CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 30 2015
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America )
v. )
MITCHEL LEE FONVILLE, JR. ) Case No: 4:10cr00003-003
) USM No: 14486-084
Date of Previous Judgment: 12/02/2010 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **78** months is reduced to **63 months***.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 27         Amended Offense Level: 25
Criminal History Category: II        Criminal History Category: II
Previous Guideline Range: 78 to 97 months    Amended Guideline Range: 63 to 78 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
\* Defendant is hereby sentenced to 63 months, but not less than time served. Defendant's sentence consists of 63 months on each of Counts I and III, to be served concurrently.

Except as provided above, all provisions of the judgment dated **12/02/2010** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/30/2015

Judge's signature

Effective Date: _____
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title